# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRADLEY J. CORNILLE, #B88097,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-cv-01496-JPG |
| **DON JONES,** **CHET SHAFFER, and** **JUSTIN MULLENS,** | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, District Judge J. Phil Gilbert, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

**IT IS HEREBY ORDERED AND ADJUDGED** that the following claim against defendant Justin Mullens is dismissed without prejudice:

> **COUNT 1**, a claim for violation of Plaintiff's constitutional rights based on the denial of adequate contact visits with his young children from March to July 2018.

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims in this case against defendants Don Jones and Chet Shaffer are dismissed with prejudice and with each party to bear his own costs.

**DATED**: January 8, 2020

MARGARET M. ROBERTIE, CLERK

By: s/ Tina Gray
      Deputy Clerk

APPROVED: s/J. Phil Gilbert
               J. PHIL GILBERT
               United States District Judge